Sherry WALKER, Individually and as Chair of the
Committee to Preserve the Medicaid Trust Fund,
and on Behalf of all Others Similarly Situated *v.*
W.J. "Bill" McCUEN, In his Official Capacity as
Secretary of State of Arkansas

94-1149                                              886 S.W.2d 577

Supreme Court of Arkansas
Opinion delivered October 25, 1994

*Wilson, Engstrom, Corum & Coulter*, by: *Stephen Engstrom*;
and *John Pagan*, for petitioners.

*Winston Bryant*, Att'y Gen., for respondent.

PER CURIAM. Sherry Walker, individually and as chair of
the Committee to Preserve the Medicaid Trust Fund, moves for
expedited consideration of her original action petition seeking
an injunction restraining the Secretary of State from counting
the votes cast with respect to Proposed Referred Act Number 1
(the Soft Drink Tax Act) in the November 8, 1994 general elec-
tion.

The motion is granted. Petitioner Walker filed her
brief in support of her original action petition in conjunction with
her motion to expedite on October 24, 1994. Respondent W.J.
"Bill" McCuen shall have until October 27, 1994, to file a respon-
sive brief. Petitioner Walker may then file a reply brief on Octo-
ber 28, 1994.

In addition to the issues raised in the original action peti-
tion, it is suggested that the parties brief the issue of whether
relief from this court is available at this time.

We order oral argument of the matter on Monday, October 31, 1994, at 9:00 a.m., or as soon thereafter as is convenient to the court.